# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-   Case No.: 2:11-cr-94-FtM-99SPC

LAURA BENNETT

_____

### **ORDER**

      This matter comes before the Court on the Unopposed Motion for Modification of Terms of Supervised Release (Doc. #43) filed on February 29, 2012. The Defendant moves the Court to modify the terms and conditions of her supervised release by removing the electronic monitoring requirement. As grounds, Counsel indicates the electronic monitoring bracelet makes it problematic to attend school and seek new employment. Although the Government was not available at the filing of the motion, there were no previous objections noted. Further, Pretrial Services does not oppose the removal of electronic monitoring at this time. At hearing on February 8, 2012, the Court denied the previously filed Motion for Modification (Doc. #38), however, allowed counsel to re-apply for modification after March 8, 2012. Having considered the motion, the Court finds good cause and will grant the relief requested.

      Accordingly, it is now

      **ORDERED:**

The Unopposed Motion for Modification of Terms of Supervised Release (Doc. #43) is **GRANTED**. On or after March 8, 2012, the Defendant may be removed from electronic monitoring. All other terms and conditions of release shall remain in effect.

**DONE AND ORDERED** at Fort Myers, Florida, this   2nd   day of March, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record